UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB - 4 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FULTON Q. GRIFFITH, :
        Petitioner, :
        v. : Civil Action No. **09 0216**
JUDGE DUBINA, *et al.*, :
        Respondents. :

## MEMORANDUM OPINION

This matter is before the Court on consideration of petitioner's application to proceed *in forma pauperis* and *pro se* petition.

Petitioner asks this Court to issue a writ of mandamus to compel judges of the United States Court of Appeals for the Eleventh Circuit and the United States District Court for the Middle District of Florida to reach the merits of a petition for a writ of corum nobis.

The courts of appeals "shall have jurisdiction of appeals from all final decisions of the district courts of the United States." 28 U.S.C. § 1291. An appeal of a decision of a court of appeals may be reviewed by the United States Supreme Court. 28 U.S.C. § 1254. This Court cannot review decisions rendered by another district court or by a federal court of appeals. It follows that this Court is without authority to compel district court or appellate court judges to act. For these reasons, the Court will dismiss the petition because it fails to state a claim on which relief can be granted. *See* 28 U.S.C. § 1915A(b)(1).

An Order consistent with this Memorandum is issued separately.

                                                                         /s/ Colleen Kollar-Kotelly
                                                                        United States District Judge

DATE: Jan. 27, 2009